Probation Form No. 35
(1/92)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/13/2025__

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                                      Docket No. 24-CR-0356-01 (AT)

Gabriel J Cifuentes

    On May 16, 2023, the above named was placed on Supervised Release for a period of five (5) years. Mr. Cifuentes has complied with the rules and regulations of Supervised Release, and we believe that a reduction is warranted. It is accordingly recommended that his supervised release be reduced by two (2) years.

Respectfully submitted,

by _____
Giavonnii A. Foderingham
U.S. Probation Officer

## ORDER OF THE COURT

    Pursuant to the above report, it is ordered that Gabriel Cifuentes be granted a two (2) year reduction of his Supervised Release term with a new maximum expiration date of May 15, 2026.

Date this ___13___ day of ___May___, 20 _25_ .

_____
Honorable Analisa Torres
U.S. District Judge